AMY L. GOLDMAN, Chapter 7 Trustee
221 North Figueroa, Suite 1200
Los Angeles, California 90012
Telephone: (213)250-1800
Facsimile: (213)250-7900
goldman@lbbslaw.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

ARAKS ZATURYAN,

          Debtor.

Case No.: 1:09-bk-23285-GM

Chapter 7

**LIMITED OPPOSITION OF AMY L. GOLDMAN, CHAPTER 7 TRUSTEE, TO DEBTOR'S MOTION REQUESTING AUTHORITY TO ABANDON REAL PROPERTY**

<u>HEARING</u>:

Date: December 16, 2009
Time: 10:00 a.m.
Place: Courtroom 303

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:

      AMY L. GOLDMAN, the duly appointed, qualified and acting Chapter 7 Trustee of the above-referenced bankruptcy estate, hereby submits the within Limited Opposition to the Debtor's Motion Requesting Authority to Abandon Real Property, as follows:

      1.    Please be advised that I am in receipt of the Debtor's Notice of Motion and Motion Requesting Authority to Abandon Real Property (the "Motion").

      2.    In principle, I have no objection to the relief being sought. However, the Court should be aware that the Debtor has failed to appear at two of her Section 341(a) hearings,

4811-2667-1365.1

1 | which hearing has been continued yet again to December 21, 2009 based on her attorney's
2 | representations that she is not well. I have never received any medical documentation that supports
3 | counsel's assertion.

4 |     3.     In addition, the Debtor has provided no information regarding the amount of
5 | the liens or the proposed sales price in the Motion which she filed with the Bankruptcy Court
6 | though her schedules do appear to indicate the property has no value to the estate..

7 |     4.     Accordingly, should the Debtor provide adequate information to all her
8 | creditors that support that the property is significantly overencumbered, I do not intend to take
9 | further action.

11 | DATED: November __, 2009

_____
AMY L. GOLDMAN, Chapter 7 Trustee

4811-2667-1365.1

-2-

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 221 North Figueroa Street, 12th Floor, Los Angeles, California 90012-2601

A true and correct copy of the foregoing document described as **LIMITED OPPOSITION OF AMY L. GOLDMAN, CHAPTER 7 TRUSTEE, TO DEBTOR'S MOTION REQUESTING AUTHORITY TO ABANDON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 1, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee Office -    ustpregion16.wh.ecf@usdoj.gov
Kary R. Kump -    dolores@jfarley.com

[ ] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On December 1, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ X ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 1, 2009    Ronni E. King    /s/ Ronni King
Date    Type Name    Signature

4811-2667-1365.1    -3-

**SERVICE LIST**

**VIA U.S. MAIL**

**ATTORNEY FOR DEBTOR**
Walter Scott, Esq.
411 N. Central Ave., #605
Glendale, CA 91203

IndyMac Federal Bank
P.O. Box 78826
Phoenix, AZ 85062-8826

4811-2667-1365.1